**Dismissed and Memorandum Opinion filed November 30, 2021.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-21-00141-CV

**WLSC INCOPRO, LLC, Appellant**

**V.**

**ADMIRAL INSURANCE COMPANY, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-24459**

## MEMORANDUM OPINION

This appeal is from a judgment signed March 9, 2020. On October 21, 2021, this court issued an order striking appellant's brief for failing to comply with the Texas Rules of Appellate Procedure. We notified appellant that failure to file a compliant brief within 10 days of our order would result in dismissal of its appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c). Appellant has failed to file a brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.